AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| AARON BERLIN; FEIGE ZARETSKY a/k/a FEIGE BERLIN and DORA BERLIN<br><br>*Plaintiff(s)*<br>v.<br><br>PLEASE REFER TO THE NEXT PAGE FOR A LIST OF THE DEFENDANTS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | **CV 14   3028**<br><br>Civil Action No.<br><br>**FEUERSTEIN, J.** |

## SUMMONS IN A CIVIL ACTION      WALL, M.J.

To: *(Defendant's name and address)*

PLEASE REFER TO THE NEXT PAGE FOR A LIST OF THE
DEFENDANTS AND THEIR ADDRESSES

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 14 2014 ★

LONG ISLAND OFFICE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PLEASE REFER TO THE
NEXT PAGE FOR THE NAMES AND ADDRESSES OF THE
PRO SE PLAINTIFFS

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**

*CLERK OF COURT*

Date: **MAY 14 2014**

*Signature of Clerk or Deputy Clerk*

## LIST OF DEFENDANTS:

MAXI-AIDS, INC., M&H INC., ILGAR INC. a/k/a ABLE-VISION, ELLIOT ZARETSKY, HAROLD ZARETSKY, SHIRLEY ZARETSKY, LARRY DIBLASI, LATONYA THOMPSON, PAMELA STEIN, TERESA BUTLER, SOLOMON & HERRERA, PLLC, MICHAEL D. SOLOMON, SUSAN RUBIN, DANIEL HERRERA, SAMUELSON, HAUSE & SAMUELSON, LLP, RICHARD HAUSE, ALISA J. EPSTEIN, HON. THOMAS FEINMAN, HON. STEVEN M. JAEGER, HON. UTE WOLFF LALLY, SPECIAL REFEREE LAWRENCE M. SCHAFFER, MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS, LLP, ROBERT HEWITT, ESQ. MICHAEL G. McAULIFFE ESQ. and DAVID WACHOLDER

JOHN DOE 1-10 .

# DEFENDANTS & THEIR MAILING ADDRESSES:

**Maxi-Aids, Inc.**
**42 Executive Boulevard**
**Farmingdale, NY 11735**

**M&H Inc.**
**42 Executive Boulevard**
**Farmingdale, NY 11735**

**ILGAR Inc. a/k/a**
**Able-Vision**
**42 Executive Boulevard**
**Farmingdale, NY 11735**

**Please refer to the next page for the remaining addresses to the other Defendants...**

Miranda Sambursky Slone Sklarin Verveniotis, LLP 240 Mineola Blvd.-#1 Mineola, NY 11501

~~Robert Hewitt, Esq. 240 Mineola Blvd.-#1 Mineola, NY~~ 11501

MICHAEL G. MCAULIFFE, ESQ. 68 SOUTH SERVICE ROAD, SUITE 100 MELVILLE, NEW YORK 11747

Elliot Zaretskey 2 bay club dr apt 3z3 Bayside N Y 11360 2920

Shirley Zaretskey 2 bay club dr apt 3z3 Bayside N Y 11360 2920

Harold R Zaretsky 66 Phipp Lane Plainview , NY 11893
Maxi-Aids, Inc., 42 Executive Blvd Farmingdale, NY 11735 USA

Solomon & Herrera, PLLC 2950 Hempstead Turnpike Levittown, NY 11756

MICHAEL D. SOLOMON 2950 Hempstead Turnpike Levittown, NY 11756

SUSAN RUBIN 2950 Hempstead Turnpike Levittown, NY 11756

DANIEL HERRERA 2950 Hempstead Turnpike Levittown, NY 11756

SAMUELSON, HAUSE & SAMUELSON, LLP 300 Garden City Plaza #444, Garden City, NY 11530

RICHARD HAUSE 300 Garden City Plaza #444, Garden City, NY 11530

ALISA J. EPSTEIN 300 Garden City Plaza #444, Garden City, NY 11530

Hon Thomas Feinman 100 Supreme Court Drive Mineola, N.Y. 11501

HON. UTE WOLFF LALLY 100 Supreme Court Drive Mineola, N.Y. 11501

HON. STEVEN M. JAEGER 100 Supreme Court Drive Mineola, N.Y. 11501

SPECIAL REFEREE LAWRENCE M. SCHAFFER, 400 County Seat Drive, Mineola, New York, 11501

DAVID WACHOLDER 349 East 5th Street, Brooklyn, NY 11218

## LIST OF PLAINTIFFS & THEIR MAILING ADDRESSES

**Aaron Berlin**
1909 New York Avenue
Brooklyn, NY 11210
(347) 254-3532

**Feige Zaretsky**
**a/k/a Feige Berlin**
10 Chestnut Drive
Plainview, NY 11803
(347) 254-3532

Dora Berlin
1909 New York Avenue
Brooklyn, NY 11210
(347) 693-8944

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: