UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AARON BERLIN, FEIGE ZARETSKY, a/k/a
FEIGE BERLIN and DORA BERLIN,

                Plaintiffs,

-against-

MAXI-AIDS, INC., M & H, INC., ILGAR, INC., a/k/a
ABLE VISION, ELLIOT ZARETSKY, HAROLD
ZARETSKY, SHIRLEY ZARETSKY, LARRY
DIBLASI, LATONYA THOMPSON, PAMELA
STEIN, THERESA BUTLER, SOLOMON &
HERRERA, PLLC, MICHAEL D. SOLOMON,
SUSAN RUBIN, DANIEL HERRERA, SAMUELSON,
HAUSE & SAMUELSON, LLP, RICHARD HAUSE,
ALISA J. EPSTEIN, HON. THOMAS FEINMAN,
HON. STEVEN M. JAEGER, HON. UTE WOLFF
LALLY, SPECIAL REFEREE LAWRENCE M.
SCHAFFER, MIRANDA SAMBURSKY SLOANE
SKLARIN VERVENIOTIS, LLP, ROBERT HEWITT,
ESQ., MICHAEL G. McAULIFFE, ESQ., DAVID
WACHOLDER and JOHN DOES 1-10,

                Defendants.

----------------------------------------------------------------X

**NOTICE**
14-CV-3028 (SJF)(WDW)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ MAY 23 2014 ★
LONG ISLAND OFFICE

    Pursuant to Rule 5(D) of the individual rules of the Honorable Sandra J. Feuerstein, United States District Judge, the above-captioned matter is respectfully referred to the Honorable William D. Wall, United States Magistrate Judge, for an initial conference and all pretrial matters.

    A pretrial conference is scheduled before Judge Feuerstein in Courtroom 1010 at the Central Islip Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722 on **Thursday, March 26, 2015 at 11:15 a.m.**, at which time all discovery must be completed.

    *__The Clerk of the Court is respectfully directed to serve a copy of this notice on plaintiffs. Plaintiffs are hereby directed, upon receipt of this notice, to serve a copy upon defendants and to file proof of such service with the Court.__*

Dated: May 23, 2014
       Central Islip, New York

                                                              *Denise Shanley*
                                                              Denise Shanley, Law Clerk to the
                                                              Hon. Sandra J. Feuerstein