```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AARON BERLIN, et al.,

                    Plaintiffs,
                                                                    ORDER
          -against-                                                 14-CV-3028(SJF)(WDW)

MAXI-AIDS, INC., et al.,

                    Defendants.
----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★   JUN 10 2014   ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

The Court's records reflect that the complaint in this action was filed on May 14, 2014. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by **September 11, 2014**, or plaintiffs fails to show good cause why such service has not been effected, this action will be dismissed without prejudice. **Plaintiffs are to provide a copy of this Order to defendants along with the summons and complaint and shall file proof of service with the Court.**

Plaintiffs are required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiffs' current address means the Court will not know where to contact plaintiffs and may result in dismissal of the case.

**SO ORDERED.**

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
United States District Judge

Dated:  June 10, 2014
        Central Islip, New York