07562-083968
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AARON BERLIN, A/K/A AHRON BERLIN, FEIGE ZARETSKY, A/K/A FEIGE BERLIN, AND DORA BERLIN

        Plaintiffs,

  -against-

MAXI-AIDS, INC., ELLIOT ZARETSKY, HAROLD ZARETSKY, SHIRLEY ZARETSKY, M&H INC., ILGAR INC AKA ABLE-VISION, LARRY DIBLASI, LATONY THOMPSON, PAMELA STEIN, TERESA BUTLER, SOLOMON & HERRERA PLLC, MICHAEL D. SOLOMON, SUSAN RUBIN, DANIEL HERRERA, SAMUELSON, HAUSE & SAMUELSON, LLP, RICHARD HAUSE, ALISA J. EPSTEIN, MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS, LLP, MICHAEL A. MIRANDA, ROBERT HEWITT, ESQ., MOUND, COTTON, WOLLAN & GREENGRASS, PHILIP C. SILVERBERG, SANJIT SHAH, GOLDMAN & MAURER, LLP, ELLEN W. MAURER ESQ., MICHAEL G. MCAULIFFE ESQ, DR. JEREMY TIEGERMAN, PSY.D., DAVID WACHOLDER AND JOHN DOE 1-10, JANE DOES 1-10

**ECF CASE**

Case No. 14-cv-3028 (SJF)(SIL)

**NOTICE OF APPERANCE**

        Defendants.
------------------------------------------------------------------X

COUNSELORS:

  **PLEASE TAKE NOTICE** that MARTIN CLEARWATER & BELL LLP, by Bradley D. Small, Esq., hereby appears in the above-entitled action as attorneys for defendant JEREMY TIEGERMAN, PSY.D., and hereby requests that a copy of all pleadings, documents and correspondence submitted to date in this matter be served upon the undersigned forthwith.

Dated: New York, New York
   October 23, 2014

2410921_1

Yours, etc.

MARTIN CLEARWATER & BELL LLP

By: _____
    Bradley D. Small
Attorneys for Defendant
DR. JEREMY TIEGERMAN, PSY.D
220 East 42nd Street
New York, New York 10017
(212) 697-3122

TO:

Aaron Berlin a/k/a Ahron Berlin
*Plaintiff Pro Se*
1909 New York Avenue
Brooklyn, NY 11210

Feige Zaretsky a/k/a Feige Berlin
*Plaintiff Pro Se*
10 Chestnut Drive
Plainview, NY 11801

Dora Berlin
*Plaintiff Pro Se*
1909 New York Avenue
Brooklyn, NY 11210

Maxi-Aids, Inc.
42 Executive Blvd.
Farmingdale, NY 11735

Elliot Zaretsky
42 Executive Blvd
Farmingdale, NY 11735

Harold Zaretsky
42 Executive Blvd
Farmingdale, NY 11735

M&H Inc.
42 Executive Blvd
Farmingdale, NY 11735

2410921_1

2

Iglar Inc.
42 Executive Blvd
Farmingdale, NY 11735

Able-Vision
42 Executive Blvd
Farmingdale, NY 11735

Larry Diblasi
42 Executive Blvd
Farmingdale, NY 11735

Latonya Thompson
42 Executive Blvd
Farmingdale, NY 11735

Pamela Stein
42 Executive Blvd
Farmingdale, NY 11735

Teresa Butler
42 Executive Blvd
Farmingdale, NY 11735

Shirley Zaretsky
2 Bay Club Drive, Apt. 3z3
Bayside, NY 11360-2920

Miranda Sambursky Slone Sklarin Verveniotis, LLP
240 Mineola Blvd
Mineola, NY 11501

Michael A. Miranda
240 Mineola Blvd
Mineola, NY 11501

Robert Hewitt, Esq.
240 Mineola Blvd
Mineola, NY 11501

Michael G. Mcauliffe, Esq.
68 South Service Road, Suite 100
Melville, NY 11747

David Wacholder
349 East 5th Street
Brooklyn, NY 11218

And the remaining parties by ECF

2410921_1

3