UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AARON BERLIN a/k/a AHRON BERLIN, FEIGE
ZARETSKY, a/k/a FEIGE BERLIN, and DORA
BERLIN,

                Civil Action No.:
      Plaintiffs,        14-cv-3028-SJF-SIL

              **NOTICE OF ADDRESS CHANGE**
v.

MAXI-AIDS, INC., ELLIOT ZARETSKY, HAROLD
ZARETSKY, SHIRLEY ZARETSKY, M&H INC.,
ILGAR INC. a/k/a ABLE-VISION, LARRY DIBLASI,
LATONYA THOMPSON, PAMELA STEIN, TERESA
BUTLER, SOLOMON & HERRERA, PLLC,
MICHAEL D. SOLOMON, SUSAN RUBIN, DANIEL
HERRERA, SAMUELSON, HAUSE & SAMUELSON,
LLP, RICHARD HAUSE, ALISA J. EPSTEIN,
MIRANDA SAMBURSKY SLONE SKLARIN
VERVENIOTIS, LLP, MICHAEL A. MIRANDA,
ROBERT HEWITT, ESQ., MOUND COTTON
WOLLAN & GREENGRASS, PHILIP C.
SILVERBERG, SANJIT SHAH, GOLDMAN &
MAURER, LLP, ELLEN W. MAURER ESQ.,
MICHAEL G. McAULIFFE ESQ., DR. JEREMY
TIEGERMAN, PSY. D., DAVID WACHOLDER and
JOHN DOE 1-10, JANE DOES 1-10,

      Defendants.

------------------------------------------------------------------X

  PLEASE TAKE NOTICE that the address of the Defendants pro se Mound Cotton Wollan & Greengrass, Philip C. Silverberg and Sanjit Shah, has changed. The prior address was as follows:

    Mound Cotton Wollan & Greengrass
    One Battery Park Plaza
    New York, New York 10004
    (212) 804-4200

  The current contact and email address is as follows:

Mound Cotton Wollan & Greengrass
One New York Plaza
New York, New York 10004
(212) 804-4200

Dated: New York, New York
      October 22, 2014

                MOUND COTTON WOLLAN & GREENGRASS

                By:    s/Sanjit Shah
                         Philip C. Silverberg (PS-8110)
                         Sanjit Shah (SS-0148)
*Defendants pro se*
One New York Plaza
New York, New York 10004
Phone: (212) 804-4200
Fax:   (212) 344-8066
psilverberg@moundcotton.com
sshah@moundcotton.com

TO:     Aaron Berlin
         *Plaintiff*
         1909 New York Avenue
         Brooklyn, NY 11210

         Feige Zaretsky
         *Plaintiff*
         10 Chestnut Drive
         Plainview, NY 11803

         Dora Berlin
         *Plaintiff*
         1909 New York Avenue
         Brooklyn, NY 11210

         Keith J. Frank, Esq.
         FORCHELLI CURTO DEEGAN SCHWARTZ
           MINEO & TERRANNA, LLP
         *Attorneys for Defendants Maxi-Aids, Inc., M&H Inc.,*
          *Ilgar Inc., Elliot Zaretsky, Harold Zaretsky,*
          *Shirley Zaretsky, Larry DiBlasi, Latonya Thompson,*
          *Pamela Stein, and Teresa Butler*
         333 Earle Ovington Boulevard, Suite 1010

Uniondale, NY 115533

Hillary J. Raimondi, Esq.
TRAUB LIEBERMAN STRAUSS & SHREWSBERRY
*Attorneys for Defendants Solomon & Herrera, PLLC,*
  *Michael D. Solomon, Daniel P. Herrera, and Susan Rubin*
7 Skyline Drive
Hawthorne, NY 10532

Anthony P. Colavita, Esq.
Matthew R. Jaeger, Esq.
L'ABBATE BALKAN COLAVITA & CONTINI, LLP
*Attorneys for Defendants Samuelson Hause &*
  *Samuelson, LLP, Richard Hause, Alisa J. Epstein,*
  *Goldman & Maurer, LLP and Ellen W. Maurer*
1001 Franklin Avenue, 3rd Floor
Garden City, NY 11530

Miranda Sambursky Slone Sklarin Verveniotis, LLP
*Defendant*
240 Mineola Boulevard
Mineola, NY 11501

Robert Hewitt
*Defendant*
240 Mineola Boulevard
Mineola, NY 11501

Michael G. McAuliffe
*Defendant*
68 South Service Road, Suite 100
Melville, NY 11747

David Wacholder
*Defendant*
349 East 5th Street
Brooklyn, NY 11218

Jeremy Tiegerman
*Defendant*
100 Glen Cove Avenue
Glen Cove, NY 11542