

Matthew R. Jaeger
Associate
mjaeger@lbcclaw.com

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Writer's Direct Dial
(516) 837-7336

October 22, 2014

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 23 2014   ★

LONG ISLAND OFFICE

*Via ECF*

Honorable Judge Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Berlin v. Maxi-Aids, Inc.*
      14-cv-3028 (SJF-SIL)
      Our File No.:  169L-95833
                     169L-98101

Dear Judge Feuerstein:

We represent Defendants, Richard Hause, Alisa J. Epstein and Samuelson, Hause & Samuelson, L.L.P. (collectively referred to as "SHS") and Ellen Maurer and Goldman & Maurer, LLP (collectively referred to as "G&M") in the above-referenced action. We hereby respectfully withdraw our letter motion, dated October 21, 2014, requesting *sua sponte* dismissal of the action, or in the alternative, an extension of time to respond to the complaint in the action.

SHS and G&M intend to file pre-answer motions to dismiss and will move by letter motion before Magistrate Judge Steven I. Locke for an extension of time for SHS and G&M to respond to plaintiffs' Amended Summons and First Amended Complaint. We will request that the current deadline of October 24, 2014 be extended until December 10, 2014, so that such motions may be prepared and filed. In addition, we will request that a briefing schedule be isued by the Court.

Respectfully submitted,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

Matthew R. Jaeger

Enclosure

The application is granted in its entirety.
So Ordered.

s/ Sandra J. Feuerstein

U.S.D.J.   10/23/14