# FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP

COUNSELORS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 1010
UNIONDALE, NEW YORK 11553
TELEPHONE: (516) 248-1700
FACSIMILE: 1-866-900-8016

WEBSITE: WWW.FORCHELLILAW.COM

KEITH J. FRANK
PARTNER
kfrank@forchellilaw.com

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 23 2014 ★

LONG ISLAND OFFICE

October 22, 2014

District Court Judge Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

>Re: **Aaron Belin, et al v. Maxi-Aids, Inc., et al**
>Docket No. : 14-CV-3028 (SJF)(SIL)
>**LETTER MOTION TO WITHDRAW MOTION FOR SUA SPONTE RELIEF**

Dear Judge Feuerstein:

We represent the defendants Maxi-Aids, Inc., Inc., Elliot Zaretsky, Harold Zaretsky, Shirley Zaretsky, M&H Inc., ILGAR Inc. a/k/a ABLE-VISION, Larry DiBlasi, Latonya Thompson, Pamela Stein and Theresa Butler in the above action.

We have just received the October 22, 2014 correspondence from counsel for SHS and G&M withdrawing their October 21, 2014 letter motion seeking *sua sponte* dismissal of the first Amended Complaint. As we had submitted a letter joining in on counsel's October 21, 2014 application for *sua sponte* dismissal, we hereby respectfully withdraw our letter motion joining in the request.

Respectfully, we have submitted a letter motion to Magistrate Judge Steven I. Locke for an extension of time to Answer or otherwise move and will proceed accordingly with that application.

Thank you.

Respectfully submitted,

Keith J. Frank, Esq.

cc: Magistrate Judge Steven I. Locke
Aaron Berlin, Plaintiff Pro Se
Dora Berlin, Plaintiff Pro Se
Feige Zaretsky, Plaintiff Pro Se
Robert Hewitt, Esq.
Michael G. McAuliffe, Esq.
Dr. Jeremy Tiegerman, PSY.D.
David Wacholder
Miranda Sambursky Slone Sklarin Verveniotis, LLP
Michael A. Miranda

Counsel for remaining parties by ECF

The motion to withdraw is granted. So Ordered.

s/ Sandra J. Feuerstein

U.S.D.J.   10/23/14