# TRAUB LIEBERMAN
# STRAUS & SHREWSBERRY LLP

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

October 22, 2014

Honorable Sandra J. Feuerstein
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York, 11722

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 23 2014   ★

LONG ISLAND OFFICE

Re:   *Berlin v. Maxi-Aids, Inc. et al*
      **14-cv-3028 (SJF)(SIL)**

Dear Judge Feuerstein:

We represent defendants Solomon & Herrera, PLLC, Michael D. Solomon, Susan Rubin and Daniel Herrera (collectively "the S&H law firm") in the above-referenced matter. We are in receipt of a letter dated October 22, 2014 from counsel for co-defendants SHS and G&M withdrawing their request that the court *sua sponte* dismiss this matter and, alternatively, requesting that the court extend their time to respond to the amended complaint until December 10, 2014. Earlier today, we filed a letter joining in both of those requests.

Because SHS and G&M have withdrawn their request for *sua sponte* dismissal, we respectfully withdraw our request to join in that application. We intend to move to dismiss the complaint, and will prepare correspondence to Magistrate Judge Stephen I. Locke requesting an extension of our time to do so. We apologize for any confusion and thank the Court for its consideration of this request.

Respectfully submitted,

Hillary J. Raimondi

Cc:   Aaron Berlin a/k/a Ahron Berlin
      Plaintiff *Pro Se*
      1909 New York Avenue
      Brooklyn, New York   11210

      Feige Zaretsky a/k/a Feige Berlin
      Plaintiff *Pro Se*
      10 Chestnut Drive
      Plainview, New York 11801

Honorable Sandra J. Feuerstein, U.S.D.J.
October 22, 2014
14-cv-3028 (SJF)(SIL)
Page 2

>
> Dora Berlin
> Plaintiff *Pro Se*
> 1909 New York Avenue
> Brooklyn, New York   11210
>
> Miranda Sambursky Slone Sklarin Verveniotis, LLP
> 240 Mineola Boulevard
> Mineola, New York   11501
>
> Michael A. Miranda
> 240 Mineola Boulevard
> Mineola, New York   11501
>
> Robert Hewitt, Esq.
> 240 Mineola Boulevard
> Mineola, New York   11501
>
> Michael G. McAuliffe, Esq.
> 68 South Service Road, Suite 100
> Melville, New York   11747
>
> Dr. Jeremy Tiegerman, PSY.D.
> 100 Glen Cove Avenue
> Glen Cove, New York   11542
>
> David Wacholder
> 349 East 5th Street
> Brooklyn, New York   11218
>
> Counsel for all remaining parties via ECF

*The motion to withdraw defendants' request for sua sponte dismissal (DE25) is granted. So Ordered.*

s/ Sandra J. Feuerstein
U.S.D.J.   10/23/14