

# MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
―――
MAURIZIO SAVOIARDO
MARK R. OSHER  OW*◊□
COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL    (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
CLARK, NJ

TODD HELLMAN*
NIR M. GADON°
ANDREW G. VASSALLE
KELLY M. ZIC
JAMES R. FINNΔ
ANNE P. EDELMAN
GABRIELLA CAMPIGLIA
ANDREW A. LIPKOWITZ*
MICHAEL T. CATALDO*
ROBERT D. WILKINS*°Ω
DOMINIQUE M. ANTOINE*
THOMAS G. CONNOLLY
TINA YANOVER

*ALSO ADMITTED IN NEW JERSEY
◊ALSO ADMITTED IN CONNECTICUT
□ALSO ADMITTED IN FLORIDA
Δ ALSO ADMITTED IN MASSACHUSETTS
° RESIDENT IN WESTCHESTER
Ω ALSO ADMITTED IN MICHIGAN

WRITER'S DIRECT DIAL:
516-741-7755

WRITER'S E-MAIL:
MMIRANDA@MSSSV.COM

October 23, 2014

**Via Regular Mail**
Aaron Berlin
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, NY 11201

Feige Zaretsky
Plaintiff Pro Se
10 Chestnut Drive
Plainview, NY 11801

Dora Berlin
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, NY 11201

      **Re**:    <u>Berlin, et al. v. Maxi-Aids, Inc., et al., 14-cv-3028 (SJF)(SIL)</u>

Dear Mr. Berlin, Ms. Zaretsky, and Ms. Berlin:

    Please find enclosed copies of the following papers in support of Miranda Sambursky Slone Sklarin Verveniotis LLP, Michael A. Miranda, and Robert Hewitt's motion to dismiss the First Amended Complaint pursuant to Rules 12(b)(6) and (d) of the Federal Rules of Civil Procedure:

**MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

---

**AARON BERLIN, FEIGE ZARETSKY AND DORA BERLIN**
**OCTOBER 23, 2014**
**PAGE 2 OF 3**

- Notice of Motion;

- Local Rule 12.1 Notice to Pro Se Plaintiffs

- Declaration of Michael A. Miranda dated October 23, 2014 with attached exhibits

- Memorandum of Law

        Sincerely,
        **MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

        Michael A. Miranda

Enc.

cc:    Keith J. Frank, Esq.
        Forchelli Curto Deegan Schwarz Mineo & Terranna, LLP
        Attorneys for Defendants
        Maxi-Aids, Inc., Elliot Zaretsky, Harold Zaretsky,
        Shirley Zaretsky, M&H Inc., ILGAR Inc. a/k/a ABLE-VISION,
        Larry DiBlasi, Latonya Thompson, Pamela Stein and Theresa Butler
        333 Earle Ovington Boulevard, Suite 1010
        Uniondale, NY 11553

        Hillary J. Raimondi, Esq.
        Traub Lieberman Strauss & Shrewsberry
        Attorneys for Defendants
        Solomon & Herrera, PLLC, Michael D. Solomon,
        Susan Rubin, Daniel Herrera
        7 Skyline Drive
        Hawthorne, NY 10532

**MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS LLP**

---

**AARON BERLIN, FEIGE ZARETSKY AND DORA BERLIN**
**OCTOBER 23, 2014**
**PAGE 3 OF 3**

    Anthony P. Colavita, Esq.
    Matthew R. Jaeger, Esq.
    L'Abbate, Balkan, Colavita & Contini, LLP
    Attorneys for Defendants
    Samuelson, Hause & Samuelson, LLP,
    Richard Hause, Alisa J. Epstein, Goldman & Maurer, LLP
    and Ellen W. Maurer
    1050 Franklin Avenue
    Garden City, NY 11530

    Philip C. Silverberg, Esq.
    Mound Cotton Wollan & Greengrass
    Attorneys for Defendants
    Mound, Cotton, Wollan & Greengrass,
    Philip C. Silverberg
    Sanjit Shah
    One Battery Park Plaza, 9th Floor
    New York, NY 10004