

Matthew R. Jaeger
Associate
mjaeger@lbcclaw.com

Writer's Direct Dial
(516) 837-7336

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

October 30, 2014

*Via ECF*

Honorable Judge Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

          Re: *Berlin v. Maxi-Aids, Inc.*
             14-cv-3028 (SJF-SIL)
             Our File No.:  169L-95833
                    169L-98101

Dear Judge Feuerstein:

  We represent Defendants, Richard Hause, Alisa J. Epstein and Samuelson, Hause & Samuelson, L.L.P. (collectively referred to as "SHS") and Ellen Maurer and Goldman & Maurer, LLP (collectively referred to as "G&M") in the above-referenced action. We received an ECF bounce regarding letters dated October 22, 2014 filed by Aaron Berlin at docket number 52, on October 28, 2014. Just to clarify our position after the flurry of activity in the case late last week, it is our understanding that plaintiffs' requests in the several pieces of correspondence dated October 22, 2014 were denied as moot based upon our withdrawal of the letter requesting sua sponte dismissal at docket number 25. The Order granting with withdrawal of the letter requesting sua sponte dismissal was entered at docket number 42. It is our understanding that the Court's decision on plaintiffs' requests in the October 22, 2014 correspondence may be found at docket number 46.

  Accordingly, it is our intention to answer or otherwise respond to plaintiffs' First Amended Complaint on or before December 10, 2014 as directed by Magistrate Locke in his Order dated October 23, 2014. The aforementioned Order was granted over plaintiffs' objection at docket number 47. Thank you for allowing us the opportunity to address the recent ECF notification regarding correspondence at docket number 52.

                Respectfully submitted,

                L'ABBATE, BALKAN, COLAVITA
                 & CONTINI, L.L.P.

                Matthew R. Jaeger

Enclosure

100 Eagle Rock Avenue, Suite 220, East Hanover, NJ 07936
T. 973.422.0422  F. 973.422.0420

2

cc:  Aaron Berlin a/k/a Ahron Berlin
*Plaintiff Pro Se*
1909 New York Avenue
Brooklyn, NY 11210

Feige Zaretsky a/k/a Feige Berlin
*Plaintiff Pro Se*
10 Chestnut Drive
Plainview, NY 11801

Dora Berlin
*Plaintiff Pro Se*
1909 New York Avenue
Brooklyn, NY 11210

Robert Hewitt, Esq.
240 Mineola Blvd
Mineola, NY 11501

David Wacholder
349 East 5th Street
Brooklyn, NY 11218

And the remaining parties by ECF

