# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122   FACSIMILE (212) 949-7054
www.mcblaw.com

**NANCY J. BLOCK**
**PARTNER**

DIRECT DIAL: (212) 916-0966
E-MAIL: blockn@mcblaw.com

November 19, 2014

**Via ECF**
The Honorable Steven I. Locke
United States Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re:   **Berlin, et al. v. Maxi-Aids, Inc., et al., 2:14-cv-3028-SJF-SIL, E.D.N.Y.**
      MCB File No.      07562-083968

Dear Judge Locke:

Our firm represents Jeremy Tiergman, PSY.D in the above action. We write to join in the request made by Mound Cotton Wollan & Greengrass, on November 14, 2014, and other defendants seeking that the November 25, 2014 conference be cancelled and that discovery be stayed.

As they note in their letter, Dr. Tiegerman recently filed a motion to dismiss; and other co-defendants also ancipitate filing a motion to dismiss. Accordingly, we respectfully request that the conference scheduled for November 25, 2014 be cancelled and discovery stayed pending the determination of the motions to dismiss in this action.

Very truly yours,

MARTIN CLEARWATER & BELL LLP

Nancy J. Block

NJB/BDS
2429656_1

WESTCHESTER COUNTY OFFICE
245 MAIN STREET
WHITE PLAINS, NY 10601
TELEPHONE (914) 328-2969
FACSIMILE (914) 328-4056

NASSAU COUNTY OFFICE
90 MERRICK AVENUE - SUITE 401
EAST MEADOW, NY 11554-1576
TELEPHONE (516) 222-8500
FACSIMILE (516) 222-8513

NEW JERSEY OFFICE
744 BROAD STREET
NEWARK, NJ 07102
TELEPHONE (973) 735-0578
FACSIMILE (973) 735-0584

November 19, 2014
Page 2

cc: **Via Regular Mail**
Aaron Berlin
1909 New York Avenue
Brooklyn, New York 11210

Feige Zaretsky
10 Chestnut Drive
Plainview, New York 11803

Dora Berlin
1909 New York Avenue
Brooklyn, New York 11210
All other parties via ECF