# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122   FACSIMILE (212) 949-7054
www.mcblaw.com

**BRADLEY D. SMALL**
**ASSOCIATE**

DIRECT DIAL: (212) 916-0995
E-MAIL: smallb@mcblaw.com

November 20, 2014

**Via ECF**
Clerk of the Court
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re:   **Berlin, et al. v. Maxi-Aids, Inc., et al., 2:14-cv-3028-SJF-SIL, E.D.N.Y.**
MCB File No.   07562-083968

To Whom It May Concern:

Per the direction of the Clerk, please remove Bradley Small and the associated e-mail addresses (bradley.d.small@gmail.com and smallb@mcblaw.com) as a registered attorney on this matter. As was indicated by the Notice of Appearance, Nancy J. Block will now be the handling attorney for Jeremy Tiegerman, PSY.D. Thank you very much.

Very truly yours,

MARTIN CLEARWATER & BELL LLP

Bradley D. Small

BDS/BDS
2430949_1

WESTCHESTER COUNTY OFFICE
245 MAIN STREET
WHITE PLAINS, NY 10601
TELEPHONE (914) 328-2969
FACSIMILE (914) 328-4056

NASSAU COUNTY OFFICE
90 MERRICK AVENUE - SUITE 401
EAST MEADOW, NY 11554-1576
TELEPHONE (516) 222-8500
FACSIMILE (516) 222-8513

NEW JERSEY OFFICE
744 BROAD STREET
NEWARK, NJ 07102
TELEPHONE (973) 735-0578
FACSIMILE (973) 735-0584