# Law Offices of Michael G. Mc Auliffe, Esq.

68 South Service Road, Suite 100
Melville, New York 11747
Telephone (631) 465-0044
Facsimile (631) 465-0045
mgmlaw@optonline.net

December 10, 2014

Aaron Berlin a/k/a Ahron Berlin
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, New York 11210

Feige Zaretsky a/k/a Feige Berlin
Plaintiff Pro Se
10 Chestnut Drive
Plainview, New York 11801

Dora Berlin
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, New York 11210

      Re: **Aaron Berlin, et al. v. Maxi-Aids, Inc., et al.**
         **14-CV-3028 (SJF)(SIL)**

Dear Mr. Berlin, Ms. Zaretsky and Ms. Berlin:

  Enclosed please find copies of the following papers in support of the Motion of Michael G. Mc Auliffe, Esq., a Defendant in the above matter, seeking Summary Judgment against Plaintiff's pursuant to Rule 56-1 of the Federal Rules of Civil Procedure:

1. Notice of Motion;
2. Local Rule 56.1 Notice to Pro Se Plaintiffs;
3. Affirmation in Support of Motion for Summary Judgment of Michael G. Mc Auliffe, Esq.;
4. Rule 56.1 Statement of Undisputed Material Facts with attached Exhibits; and
5. Memorandum of Law in Support.

              Very truly yours,

              */s/ Michael G. Mc Auliffe*

              Michael G. Mc Auliffe

MGM/as
encs.

To:      Michael A. Miranda, Esq.
Miranda Sambursky Slone Sklarin Verveniotis, LLP
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501

Hillary J. Raimondi, Esq.
Traub, Lieberman, Starus & Shrewsberry, LLP.
Mid Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Keith J. Frank, Esq.
Forchetti Curto Deegan Schwartz
Mineo & Terranna, LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, New York 11553

L' Abbate, Balkan, Colavita & Contini, LLP
1050 Franklin Avenue
Garden City, New York 11530

Mr. David Wacholder
349 East 5th Street
Brooklyn, New York 11218

Philip C. Silverberg, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza, 9th Floor
New York, New York 10004

Nancy J. Block, Esq.
Martin Clearwater & Bell LLP
220 East 42nd Street
New York, New York 10017-5842