| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 2/2/15<br>TIME: 2:30 pm |

CASE: **CV 14-3028(JMA) Berlin et al v. Maxi-Aids, Inc. et al**

TYPE OF CONFERENCE: INITIAL                    FTR: 2:40-2:52

APPEARANCES:
  For Plaintiff:   Aaron Berlin (pro se)
                   Dora Berlin (pro se)
                   Feige Zaretsky (pro se)

  For Defendant: Keith Frank (Maxi Aids)
                 Sanjit Shah (Mound Cotton, Philip Silverberg)
                 Nancy Block (Dr. Tiegerman)
                 Matthew Jaeger (Samuelson, Hause and Epstein)
                 Michael McAuliffe (pro se)
                 Andrew Lipkowitz (Miranda)
                 Hillary Raimondi (Hererra)

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  Opposition papers to Defendants motions to dismiss and for summary judgment with any cross motions will be served on or before April 6, 2015. Reply papers will be served on or before May 6, 2015. The initial conference is held in abeyance until these motions are decided by District Judge Azrack.

                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge