ORIGINAL

FILED
CLERK

2015 NOV 19  AM 10: 17

U.S.
EASTERN
OF

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

AARON BERLIN a/k/a AHRON BERLIN, FEIGE
ZARETSKY, a/k/a FEIGE BERLIN, and DORA
BERLIN,

                   Plaintiffs,

v.

MAXI-AIDS, INC., ELLIOT ZARETSKY, HAROLD
ZARETSKY, SHIRLEY ZARETSKY, M&H INC.,
ILGAR INC. a/k/a ABLE-VISION, LARRY DIBLASI,
LATONYA THOMPSON, PAMELA STEIN, TERESA
BUTLER, SOLOMON & HERRERA, PLLC,
MICHAEL D. SOLOMON, SUSAN RUBIN, DANIEL
HERRERA, SAMUELSON, HAUSE & SAMUELSON,
LLP, RICHARD HAUSE, ALISA J. EPSTEIN,
MIRANDA SAMBURSKY SLONE SKLARIN
VERVENIOTIS, LLP, MICHAEL A. MIRANDA,
ROBERT HEWITT, ESQ., MOUND COTTON
WOLLAN & GREENGRASS, PHILIP C.
SILVERBERG, SANJIT SHAH, GOLDMAN &
MAURER, LLP, ELLEN W. MAURER ESQ.,
MICHAEL G. McAULIFFE ESQ., DR. JEREMY
TIEGERMAN, PSY. D., DAVID WACHOLDER and
JOHN DOE 1-10, JANE DOES 1-10,

                   Defendants.

----------------------------------------------------------X

Civil Action No.:
2:14-cv-3028-JMA-AYS

**NOTICE OF
VOLUNTARY
DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs Aaron Berlin, also known as Ahron Berlin, Feige Zaretsky, also known as Feige Berlin, and Dora Berlin, hereby give notice that the above-captioned action is voluntarily dismissed, as against the defendants MAXI-AIDS, INC., ELLIOT ZARETSKY, HAROLD ZARETSKY, SHIRLEY ZARETSKY, M&H INC., ILGAR INC. a/k/a ABLE-VISION, LARRY DIBLASI, LATONYA THOMPSON, PAMELA STEIN, TERESA BUTLER, SOLOMON & HERRERA, PLLC, MICHAEL D. SOLOMON, SUSAN RUBIN, DANIEL HERRERA, DAVID WACHOLDER.

RECEIVED
NOV 28 2015
EDNY PRO SE OFFICE

1

This is a result of the defendants intentionally subjecting plaintiffs to a continuous campaign of pressure and harassment impeding plaintiffs' ability to prosecute.

Dated: Brooklyn, NY
November 18, 2015

_____
Aaron Berlin
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, NY, 11210


_____
Dora Berlin
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, NY, 11210


_____
Feige Zaretsky
Plaintiff Pro Se
10 Chestnut Drive,
Plainview, NY, 11801

2

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————— x

FILED
CLERK

2015 NOV 19 AM 10: 17

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Berlin

                Plaintiff,

    -against-

Maxi-Aids, Inc. et al

               Defendant.
———————————————————— x

Affirmation of Service

14 CV 3028 ( JMA )

I, Dora Berlin , declare under penalty of perjury that I have

served a copy of the attached Notice of Voluntary dismissal dated November 18

upon David Wacholder, Hillary J. Raimondi Esq, Keith J. Frank Esq,

whose address is: David Wacholder 349 E 5th St, Brooklyn, NY 11218, Hillary J. Raimondi 7 Skyline Drive,

Hawthorne, NY 10532, Kith J. Frank, The Omni, 333 Earle Ovington Blvd, Suite 1010, Uniondale, NY 11553

Dated: 11/19/15
      Brooklyn , New York

_____
Signature

1909 New York Avenue
Address

Brooklyn, NY, 11210
City, State, Zip Code