ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

AARON BERLIN a/k/a AHRON BERLIN, FEIGE
ZARETSKY, a/k/a FEIGE BERLIN, and DORA
BERLIN,

                       Plaintiffs,

v.

MAXI-AIDS, INC., ELLIOT ZARETSKY, HAROLD
ZARETSKY, SHIRLEY ZARETSKY, M&H INC.,
ILGAR INC. a/k/a ABLE-VISION, LARRY DIBLASI,
LATONYA THOMPSON, PAMELA STEIN, TERESA
BUTLER, SOLOMON & HERRERA, PLLC,
MICHAEL D. SOLOMON, SUSAN RUBIN, DANIEL
HERRERA, SAMUELSON, HAUSE & SAMUELSON,
LLP, RICHARD HAUSE, ALISA J. EPSTEIN,
MIRANDA SAMBURSKY SLONE SKLARIN
VERVENIOTIS, LLP, MICHAEL A. MIRANDA,
ROBERT HEWITT, ESQ., MOUND COTTON
WOLLAN & GREENGRASS, PHILIP C.
SILVERBERG, SANJIT SHAH, GOLDMAN &
MAURER, LLP, ELLEN W. MAURER ESQ.,
MICHAEL G. McAULIFFE ESQ., DR. JEREMY
TIEGERMAN, PSY. D., DAVID WACHOLDER and
JOHN DOE 1-10, JANE DOES 1-10,

                       Defendants.

----------------------------------------------------------X

FILED
CLERK

2015 NOV 19 AM 10: 17

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Civil Action No.:
2:14-cv-3028-JMA-AYS

**NOTICE OF
VOLUNTARY
DISMISSAL**

NOV 25 2015

Pursuant to Rule 41(a)(1)(A)(i), Plaintiffs Aaron Berlin, also known as Ahron Berlin, Feige Zaretsky, also known as Feige Berlin, and Dora Berlin, hereby give notice that the above-captioned action is voluntarily dismissed, as against the defendants MAXI-AIDS, INC., ELLIOT ZARETSKY, HAROLD ZARETSKY, SHIRLEY ZARETSKY, M&H INC., ILGAR INC. a/k/a ABLE-VISION, LARRY DIBLASI, LATONYA THOMPSON, PAMELA STEIN, TERESA BUTLER, SOLOMON & HERRERA, PLLC, MICHAEL D. SOLOMON, SUSAN RUBIN, DANIEL HERRERA, DAVID WACHOLDER.

RECEIVED
28 2015
EDNY PRO SE OFFICE

1

This is a result of the defendants intentionally subjecting plaintiffs to a continuous campaign of pressure and harassment impeding plaintiffs' ability to prosecute.

Dated: Brooklyn, NY
November 18, 2015

Aaron Berlin
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, NY, 11210

Dora Berlin
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, NY, 11210

SO ORDERED: 11/25/15
/s/ Joan M. Azrack
Honorable Joan M. Azrack
USDJ

Feige Zaretsky
Plaintiff Pro Se
10 Chestnut Drive,
Plainview, NY, 11801

2

ORIGINAL

| UNITED STATES DISTRICT COURT | FILED |
| EASTERN DISTRICT OF NEW YORK | CLERK |

————————————————————— x

2015 NOV 19 AM 10: 17

Berlin

U.S. _____ RT
EAST_____
OF NEW ____

                        Plaintiff,

                        Affirmation of Service

     -against-

Maxi-Aids, Inc. et al

                        14 _____ CV 3028 _____ ( JMA )

                        Defendant.

————————————————————— x

I, Dora Berlin _____, declare under penalty of perjury that I have

served a copy of the attached Notice of Voluntary dismissal dated November 18 _____

upon David Wacholder, Hillary J. Raimondi Esq., Keith J. Frank Esq, _____

whose address is: David Wacholder 349 E 5th St, Brooklyn, NY 11218, Hillary J. Raimondi 7 Skyline Drive,

Hawthorne, NY 10532, Kith J. Frank, The Omni, 333 Earle Ovington Blvd, Suite 1010, Uniondale, NY 11553

Dated: 11/19/15
      Brooklyn    , New York

_____
Signature

1909 New York Avenue
Address

Brooklyn, NY, 11210
City, State, Zip Code

Affirmation of Service (USDC-EDNY) - January 2003